Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

|  |  |
|---|---|
| dominic christopher mendola bey | ) Case No. _22-cv-23239-CMA_____ |
| **Plaintiff(s)** | ) _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Jury Trial: _(check one)_ ☐ Yes ☐ No |
| -v- | ) |
| See Attached | ) FILED BY_____D.C. |
| **Defendant(s)** | ) OCT 05 2022 |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | dominic christopher mendola bey |
| Street Address | 26543 S.W. 122nd PL |
| City and County | Homestead |
| State and Zip Code | Florida |
| Telephone Number | (305) 282-1558 |
| E-mail Address | dcmbey@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — *Next Era Energy / Florida Power and Light Company*

Job or Title *(if known)*

Street Address — *700 Universe Blvd*

City and County — *Juno Beach*

State and Zip Code — *Florida, 33408*

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — *Jim Denton*

Job or Title *(if known)*

Street Address — *700 Universe Blvd*

City and County — *Juno Beach*

State and Zip Code — *Florida, 33408*

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — *Allied Universal Compliance and Investigation*

Job or Title *(if known)*

Street Address — *Eight Tower Bridge, 161 Washington St, Suite 600*

City and County — *Conshocken, Pennsylvania*

State and Zip Code — *Pennsylvania, 19428*

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — *Kevin Reyes*

Job or Title *(if known)* — *Project Manager Allied Universal Security Services*

Street Address — *Eight Tower Bridge, 161 Washington St, Suite 600*

City and County — *Conshocken*

State and Zip Code — *Pennsylvania, 19428*

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II. Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Denial of Rights Under Color of Law_

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendants unlawfully denied and discriminated against me by refusing to accept my identification and breach the collective bargaining agreement.

_____

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Full back pay and vacation time. The defendants placed me on administrative leave without pay breaching the collective bargaining agreement. The defendants have kept me on administrative leave without pay past the allowed time of the collective bargaining agreement.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     *10/5/22*

Signature of Plaintiff     *dominie christopher mendola bey*
Printed Name of Plaintiff     *dominic christopher mendola bey*

### B.      For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

    

# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.* **'The North Gate'.**

Societas Republicae Ea Al Maurikanos.

Aboriginal and Indigenous Natural Peoples of the Land.

The true and de jure Al Moroccans/ Americans

# 𝕼𝖚𝖔 𝖂𝖆𝖗𝖗𝖆𝖓𝖙𝖔 𝖂𝖗𝖎𝖙

For The Record, To Be Read Into The Record

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

CAISSE DE DEPOT ET PLACEMENT DU QUEBECTHAT/ WARBURG PINCUS/ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC./ALLIED UNIVERSAL SECURITY SERVICES

CAISSE DE DEPOT ET PLACEMENT DU QUEBECTHAT PRESIDENT & CHIRF EXECUTIVE OFFICER CHARLES EMOND; CHIEF EXECUTIVE OFFICER OF WARBURG PINCUS CHARLES R. KAYE; GLOBAL CHAIRMAN AND CHIEF EXECUTIVE OFFICER OF ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC., STEVE JONES; DIRECTOR OF NUCLEAR OPERATIONS OF ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC., MR. MICHAEL KUETHER; PROJECT MANAGER ALLIED UNIVERSAL SECURITY SERVICES TURKEY POINT NUCLEAR GENERATING STATION, KEVIN REYES; AND REPRESENTATIVES OF CAISSE DE DEPOT ET PLACEMENT DU QUEBECTHAT/WARBURG PINCUS/ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC.

Eight Tower Bridge, 161 Washington St, Suite 600

Conshohocken, Pennsylvania {19428}

**Question:** By what delegation of authority approved by Congress and The President of The United States does **CAISSE DE DEPOT ET PLACEMENT DU QUEBECTHAT PRESIDENT & CHIRF EXECUTIVE OFFICER CHARLES EMOND; CHIEF EXECUTIVE OFFICER OF WARBURG PINCUS CHARLES R. KAYE; GLOBAL CHAIRMAN AND CHIEF EXECUTIVE OFFICER OF ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC., STEVE JONES; DIRECTOR OF NUCLEAR OPERATIONS OF ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC., MR. MICHAEL KUETHER; PROJECT MANAGER ALLIED UNIVERSAL SECURITY SERVICES TURKEY POINT NUCLEAR GENERATING STATION, KEVIN REYES; AND REPRESENTATIVES OF CAISSE DE DEPOT ET PLACEMENT DU QUEBECTHAT/WARBURG PINCUS/ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC.** grants them the right to unlawfully breach the collective bargaining agreement and to discriminate against me in the process?

I will allow three (3) days from this delivery by registered mail of this Quo Warranto Writ for the requested, authentic document, with original signatures under an Affidavit Of Fact of what delegations of authority approved by Congress and The President of The United States of America does **CAISSE DE DEPOT ET PLACEMENT DU QUEBECTHAT PRESIDENT & CHIRF EXECUTIVE OFFICER CHARLES EMOND; CHIEF EXECUTIVE OFFICER OF WARBURG PINCUS CHARLES R. KAYE; GLOBAL CHAIRMAN AND CHIEF EXECUTIVE OFFICER OF ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC., STEVE JONES; DIRECTOR OF NUCLEAR OPERATIONS OF ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC., MR. MICHAEL KUETHER; PROJECT MANAGER ALLIED UNIVERSAL SECURITY SERVICES TURKEY POINT NUCLEAR GENERATING STATION, KEVIN REYES; AND REPRESENTATIVES OF CAISSE DE DEPOT ET PLACEMENT DU QUEBECTHAT/WARBURG PINCUS/ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC.** have to unlawfully deny and discriminate against dominic christopher mendola bey by refusing to accept ANPC International Driver's license Approved by US Department Of State as a form of federal identification? As well what delegations of authority approved by Congress and The President of The United States of America does **CAISSE DE DEPOT ET PLACEMENT DU QUEBECTHAT PRESIDENT & CHIRF EXECUTIVE OFFICER CHARLES EMOND; CHIEF EXECUTIVE OFFICER OF WARBURG PINCUS CHARLES R. KAYE; GLOBAL CHAIRMAN AND CHIEF EXECUTIVE OFFICER OF ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC., STEVE JONES; DIRECTOR OF NUCLEAR OPERATIONS OF ALLIED UNIVERSAL COMPLIANCE AND INVESTIGATIONS, INC., MR. MICHAEL KUETHER; PROJECT MANAGER ALLIED UNIVERSAL SECURITY SERVICES**

  

# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.   'The North Gate'.*

Societas Republicae Ea Al Maurikanos.

Aboriginal and Indigenous Natural Peoples of the Land.

The true and de jure Al Moroccans / Americans

# QuoWarrantoWrit

### For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

**Plaintiff: dominic christopher mendola bey**

**26543 SW 122nd Place**
**Homestead, Florida {33032}**

**VS**

**Defendants: NEXT ERA ENERGY / FLORIDA POWER & LIGHT COMPANY**

**JIM DENTON; FPL CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER ERIC SILAGY; PRESIDENT AND CHIEF EXECUTIVE OFFICER (CEO) FOR NEXTERA ENERGY, INC. (NYSE: NEE), AND CEO OF NEXTERA ENERGY PARTNERS, LP (NYSE: NEP) JOHN KETCHUM, AND REPRESENTATIVES**

**700 Universe Blvd**
**Juno Beach, FLORIDA {33408}**

**Question:** By what delegation of authority approved by Congress and The President of The United States does **JIM DENTON; FPL CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER ERIC SILAGY; PRESIDENT AND CHIEF EXECUTIVE OFFICER (CEO) FOR NEXTERA ENERGY, INC. (NYSE: NEE), AND CEO OF NEXTERA ENERGY PARTNERS, LP (NYSE: NEP) JOHN KETCHUM, AND REPRESENTATIVES** grants them the right to unlawfully deny and discriminate against dominic christopher mendola bey's authenticated UNITED STATES DEPARTMENT OF STATE driver's license?

**Question:** By what delegation of authority approved by Congress and The President of The United States does **JIM DENTON; FPL CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER ERIC SILAGY; PRESIDENT AND CHIEF EXECUTIVE OFFICER (CEO) FOR NEXTERA ENERGY, INC. (NYSE: NEE), AND CEO OF NEXTERA ENERGY PARTNERS, LP (NYSE: NEP) JOHN KETCHUM, AND REPRESENTATIVES** grants them the right to unlawfully deny and discriminate against dominic christopher mendola bey's The Moorish American Travel Document and nationality card recorded by **DEPARTMENT OF HOMELAND SECURITY - U.S CUSTOMS AND BORDER PROTECTION?**

The named parties have within three (3) days from receipt of this mail by registered mail of this Quo Warranto Writ for the requested authentic document with original signatures under an Affidavit Of Fact of